**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Saul Newton SERRANO, also known as Saul Serrano, Defendant–Appellant.**

**No. 13–50127
Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

March 10, 2014.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Saul Newton Serrano, Big Spring, TX, pro se.

Before WIENER, OWEN, and HAYNES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Saul Newton Serrano has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Serrano has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.